James L. Buchal, OSB #921618
E-mail:  jbuchal@mbllp.com
MURPHY & BUCHAL LLP
3425 SE Yamhill Street, Suite 100
Portland, OR  97214
Tel:     503-227-1011
Fax:    503-573-1939
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JAMES N. HILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON<br><br>　　　　Defendant. | No. 3:12-cv-02309-HU<br><br>**STIPULATED ORDER** |

　　　　WHEREAS Plaintiff has filed a motion to remand, and Defendant has filed a motion to dismiss, both motions raising the question whether plaintiff's claim must be repleaded as an ERISA claim; and

　　　　WHEREAS Plaintiff has determined not to contest that question;

　　　　IT IS HEREBY ORDERED THAT:

　　　　1.　　Plaintiff shall have thirty days from the filing of this Order to file an amended complaint; and

　　　　2.　　The pending motions are denied as moot.

Dated: February 11, 2013.

SO ORDERED:

/s/ Dennis J. Hubel

Hon. Dennis J. Hubel

STIPULATED AND AGREED:

MURPHY & BUCHAL LLP

*s/ James L. Buchal*
James L. Buchal, OSB #921618
Attorney for Plaintiff

BULLIVANT HOUSER BAILEY PC

*s/ Katherine S. Somervell*
Katherine S. Somervell, OSB #955385
Attorney for Defendant

Page 2- STIPULATED ORDER

**CERTIFICATE OF SERVICE**

     I certify that the foregoing PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO REMAND will be electronically filed with the Court's electronic court filing system, which will generate automatic service upon all Parties enrolled to receive such notice.

     DATED: February 8, 2013.

*s/ Carole A. Caldwell*